MITCHELL HENDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Mitchell Henderson's petition for certification for appeal from the Appellate Court (AC 21756) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Adam A. Laben,* special public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided March 14, 2002

STATE OF CONNECTICUT *v.* MARK RICHARDS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Mark Richards,* pro se, in support of the petition.

Decided March 14, 2002

STATE OF CONNECTICUT *v.* WILLIAM D. PIERCE

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 634 (AC 19474/ AC 19663), is denied.